UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BASHAN MURCHISON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 2:19-CV-00048-JRG-CRW |
| GEORGIA CROWELL, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Petitioner's motion to amend his complaint [Doc. 26] is **DENIED**, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                    s/J. RONNIE GREER
                              UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT:

  s/ *LeAnna R. Wilson*
  District Court Clerk